UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Antonio Luis Freire, | Case No.: 2:22-cv-00159-CDS-EJY |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation** |
| Sheriff Joseph Lombardo, et al., | [ECF No. 6] |
| Defendants. | |

The magistrate judge has recommended that Defendant's amended claim for damages (ECF No. 5) be dismissed with prejudice. The deadline for any party to object to that recommendation was April 18, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 6] is ADOPTED** in its entirety. Defendant's amended claim for damages (ECF No. 5) is dismissed with prejudice and the case is closed.

_____
U.S. District Judge Cristina D. Silva
Dated: April 22, 2022

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).